TUCKER ELLIS LLP
Helena M. Guye - SBN 350417
helena.guye@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:  213.430.3400
Facsimile:   213.430.3409

HARRIS BEACH MURTHA CULLINA PLLC
Neal L. Slifkin (*pro hac vice*)
NSlifkin@harrisbeachmurtha.com
Laura W. Smalley (*pro hac vice*)
LSmalley@harrisbeachmurtha.com
99 Garnsey Road
Pittsford, NY 14534
Telephone:  (585) 419-8800
Facsimile:   (585) 419-8813

Attorneys for Defendants
BLINDS TO GO (U.S.) INC. and
BLINDS TO GO INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DAVID W. BLACHLEY<br><br>         Plaintiff,<br><br>    v.<br><br>BLINDS TO GO (U.S.) INC. and BLINDS TO GO INC.<br><br>         Defendants. | Case No. 2:24-cv-01632-CBM-Ex<br><br>**DECLARATION OF NKERE UDOFIA IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**<br><br>Date:  February 18, 2025<br>Time:  10:00 a.m.<br>Ctrm:  8D<br><br>Hon. Consuelo B. Marshall |

I, NKERE UDOFIA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Vice-Chairman of Blinds to Go, Inc. and its wholly owned subsidiary Blinds to Go (U.S.) Inc. (collectively "BTG"), and make this declaration in opposition to Plaintiff David W. Blachley's motion for leave to file a Third Amended Complaint.

2. I understand that Mr. Blachley's proposed Third Amended Complaint asserts various claims against me individually and asserts that the Court has personal jurisdiction over me in California. Respectfully, for the reasons set forth below, the Court should find that it lacks jurisdiction over me in California.

3. I have been a resident of Montclair, New Jersey for more than 15 years. I work out of BTG's offices in Paramus, New Jersey.

4. I personally do not: (1) own any property in California; (2) have any bank accounts in California; (3) pay any personal taxes in California; or (4) have a California driver's license.

5. During the negotiation of the Licensing Agreement between BTG and Mr. Blachley, Mr. Blachley visited BTG's New Jersey offices, and we provided him a tour of some of BTG's stores and its factory in Lakewood, New Jersey so he could view the manufacturing operations. Within the context of that same negotiation, my business partner (Stephen Shiller) and I travelled to Georgia with Mr. Blachley to visit the factory of a company named Triwood where he showed us the materials he claimed to be using in the manufacture of his shutters and machinery he claimed he had developed.

6. I have never travelled to California on BTG-related business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 28, 2025

Nkere Udofia