UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-01632-CBM-E | Date | August 12, 2025 |
| Title | Blachley v. Blinds to Go (U.S.) Inc. et al. | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:

NONE PRESENT                    NONE PRESENT

Proceedings:  **IN CHAMBERS- ORDER RE:   PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE EXTENDED RULE 15(D) SUPPLEMENT AND FOR PRO BONO ASSISTANCE UNDER THE ADA**

The matter before the Court is Plaintiff's "Supplemental Memorandum of Points and Authorities In Support of Plaintiff's Motion for Leave to File Extended Rule 15(d) Supplement and For Pro Bono Assistance Under the ADA."    (Dkt. Nos. 137, 138[1] (the "Supplemental Memorandum").)   Plaintiff states that the Supplemental Memorandum is submitted "in support of his motion to: (1) file a Rule 15(d) supplement beyond the standard page limits, and (2) receive court-facilitated pro bono assistance and ADA accommodations."   However, there is no motion pending before the Court.   To the extent Plaintiff intended to "supplement" his prior "Motion for Leave to File Extended Rule 15(d) Supplement and Request for Pro Bono Assistance Under the Americans With Disabilities Act (ADA)" filed at Dkt. No. 135, the Court issued an order ruling on that motion on August 1, 2025 (*see* Dkt. No. 136).

Accordingly, Plaintiff's Supplemental Memorandum (Dkt. Nos. 137, 138) are stricken.

**IT IS SO ORDERED.**

---

[1] Plaintiff filed two "Supplemental Memorandum" at Dkt. Nos. 137 and 138.