**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. BLACHLEY, | Case No.: 2:24-cv-1632-CBM-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BLINDS TO GO (U.S.) INC.; BLINDS TO GO INC., | |
| Defendants. | |

Consistent with the Court's Order re Defendants Blinds to Go (U.S.) Inc. and Blinds to Go Inc.'s "Motion to Dismiss Plaintiff's Fraud Claim Under Rule 12(c)" (Dkt. No. 237), judgment is entered in favor of Defendants Blinds to Go (U.S.) Inc. and Blinds to Go Inc. and against Plaintiff David W. Blachley as to Plaintiff's fraud and misrepresentation claim.

DATED: June 10, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1